**Order filed February 28, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-01117-CV

———————

**MORLOCK, L.L.C., Appellant**

**V.**

**NATIONSTAR MORTGAGE, LLC, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-13507**

---

# O R D E R

The notice of appeal in this case was filed December 10, 2012. To date, the appellate filing fee of $175.00 has not been paid. On December 28, 2012, the court notified appellant that the filing fee was past due. No response was filed.

The record in this appeal was due January 10, 2013, but it has not been filed. The clerk responsible for preparing the record has notified this court that appellant did not may payment arrangements for preparation of the record. On February 6,

2012, the court notified appellant that the appeal was subject to dismissal unless appellant provided proof of payment for the clerk's record on or before February 21, 2012. *See* Tex. R. App. P. 37.3(b). No response was filed. Therefore, the court issues the following order:

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **March 11, 2013.** *See* Tex. R. App. P. 5. In addition, appellant is ordered to pay for preparation of the clerk's record and provide proof of payment to this court on or before **March 11, 2013.** If appellant fails to comply with this order, the appeal will be dismissed.

PER CURIAM